**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 00-291 JMR/FLN**

---

Mark Seaton,

Plaintiff,

vs.

First Credit Solutions, Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled action, having been fully compromised and settled,

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective attorneys, that the same may be and hereby is, dismissed on its merits with prejudice, but without further costs or disbursements to any of the parties hereto.

Dated:

**THE BARRY LAW OFFICE, LTD.**

Peter Barry, #0266577
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Phone: 651-714-8800

Attorneys for Mark Seaton

Dated:

**STEWART, ZLIMEN & JUNGERS, LTD.**

Kris A. Wittwer, #165311
Allan J. Zlimen, #120170
430 Oak Grove Street, #200
Minneapolis, MN 55403
Phone: 612-870-4100

Attorneys for First Credit Solutions, Inc.

**ORDER**

Upon the foregoing Stipulation, the above matter is hereby Dismissed with Prejudice.

Dated: September 14, 2000

The Honorable
United States District Court Judge

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______