UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-291(JMR/FLN)

Mark Seaton )
)
v. ) ORDER
)
First Credit Solutions, )
Inc. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: September 14, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED SEP 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

*Stewart, Zlimen & Jungers, Ltd.*
ATTORNEYS AT LAW
430 OAK GROVE STREET
SUITE 200
MINNEAPOLIS, MINNESOTA 55403
FAX: (612) 870-8758

ALLAN J. ZLIMEN
LINDA J. JUNGERS
KRIS A. WITTWER
STEPHEN J. CREASEY
NORMAN E. STEWART
*1916 -1986*

JANET MOEN
*Office Manager*
LORI ROSENE
*Legal Assistant*

Telephone
612-870-4100

July 7, 2000

The Honorable Franklin Noel
United States Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

To Larry

RE: Mark Seaton v. First Credit Solutions, Inc.
Court File No.: 00-291 JMR/FLN
Our File No.: 00-1491

Dear Magistrate Judge Noel:

Please note the Plaintiff and Defendant have settled the above-referenced matter. This matter was scheduled for a Settlement Conference on July 11, 2000. Due to the settlement of this case, we will not be making an appearance.

Sincerely,

**STEWART, ZLIMEN & JUNGERS, LTD.**

Kris Wittwer

KW:tk

cc: Peter Berry, Esq.

RECEIVED
JUL 11 2000
U.S. DISTRICT COURT